LISA R. PORTER
KP Law LLC
16200 SW Pacific Hwy, Suite H-280
Portland, OR 97224
(503) 245-6309
OSB NO. 025035
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Allen Ray,

    Plaintiff,       Civil Action No. 3: 11-cv-00069-ST

vs.

MICHAEL J. ASTRUE      ORDER GRANTING AWARD
COMMISSIONER of Social Security,  OF EAJA FEES, EXPENSES
    Defendant     /  COSTS

ORDER

  Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in <u>Astrue v Ratliff</u>, U.S. (2010), it is hereby ordered that EAJA attorney's fees of $5,837.13 and expenses $ 5.32 and costs of $ 5.90, shall be paid to the Plaintiff, and mailed to the attorney's office.

  Done this 2nd day of August, 2012.

                 _____
                 Judge

Presented by:

s/Lisa R.J. Porter
Lisa R.J. Porter, OSB 025035
Attorney for Plaintiff
16200 SW Pacific Hwy., Suite H280
Portland, OR 97224